UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand and fourteen,

_____

| | |
|---|---|
| Denise O. Suares, | ORDER |
| | Docket No. 14-1561 |
| Plaintiff - Appellant, | |
| v. | |
| Cityscape Tours, Inc., DBA City Sights New York, JAD Transportation, Inc., DBA City Sights New York, City Sights New York, Chandrashekar Singh, | |
| Defendants - Appellees. | |

_____

The appellant Denise O. Suares filed a Notice of Appeal in the above-referenced matter, 14-1561. Appellant filed Form D on May 20, 2014 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before June 30, 2014. The appeal is dismissed effective June 30, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

